IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Canales, Raul | Case Number: 04 B 22118 |
|---|---|---|
| | Canales, Sophie J | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 6/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 34,200.00 | |
| Secured: | | 29,261.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,142.50 |
| Trustee Fee: | | 1,796.42 |
| Other Funds: | | 0.00 |
| Totals: | 34,200.00 | 34,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,250.00 | 2,250.00 |
| 2. | Timothy K Liou | Administrative | 892.50 | 892.50 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Triad Financial Services | Secured | 23,862.23 | 16,603.36 |
| 6. | Wells Fargo Home Mortgage | Secured | 10,167.00 | 7,631.27 |
| 7. | Oak Financial | Secured | 5,520.92 | 4,185.81 |
| 8. | Balaban Furniture Ltd | Secured | 1,145.74 | 840.64 |
| 9. | Americash Loans, LLC | Unsecured | 467.82 | 0.00 |
| 10. | Clerk of The Circuit Court (Co | Unsecured | 465.00 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 7,128.67 | 0.00 |
| 12. | Balaban Furniture Ltd | Unsecured | 366.91 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 888.00 | 0.00 |
| 14. | Triad Financial Services | Unsecured | 668.18 | 0.00 |
| 15. | SBC | Unsecured | 216.05 | 0.00 |
| 16. | Americash Loans, LLC | Unsecured | 356.92 | 0.00 |
| 17. | Pay Day Loans | Unsecured | | No Claim Filed |
| 18. | Oak Financial | Unsecured | | No Claim Filed |
| | | | $ 54,395.94 | $ 32,403.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Canales, Raul | Case Number: 04 B 22118 |
|---|---|---|
| | Canales, Sophie J | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 6/9/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 409.49 |
| 4% | 108.01 |
| 3% | 80.99 |
| 5.5% | 396.00 |
| 5% | 90.01 |
| 4.8% | 216.00 |
| 5.4% | 495.92 |
| | $ 1,796.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

